## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Benjamin Jankowski, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>The Home Depot, Inc.<br><br>    Defendant. | Honorable Judge April M. Perry<br><br>Case No. 1:25-cv-09144 |

### DEFENDANT THE HOME DEPOT, INC.'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant The Home Depot, Inc. ("Home Depot" or "Defendant"), through the undersigned counsel and in support of its unopposed motion for an extension of time to file a response to Plaintiff's Benjamin Janksowski's ("Plaintiff") Complaint, states as follows:

1. This case arises from a claim alleging violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq*.

2. Defendant was served copies of the summons and Complaint on August 5, 2025.

3. The deadline for Defendant's response to Plaintiff's Complaint is currently August 26, 2025. (*See* ECF No. 7.)

4. Defendant's counsel was recently retained to handle this matter on behalf of Defendant.

5. Defendant respectfully requests an extension of time until September 26, 2025, to file an answer or otherwise respond to the Complaint.

6. This request for an extension is made in good faith and not in any effort to delay or deter these proceedings.

- 2 -

7. Counsel for Defendant contacted counsel for Plaintiff about the requested extension, and Plaintiff does not oppose Defendant's request.

WHEREFORE, Defendant respectfully requests entry of an Order granting an extension of time up to and including September 26, 2025, to file a response to Plaintiff's Complaint.

**Dated:** August 25, 2025

Respectfully submitted,

THE HOME DEPOT, INC.

By: */s/ Andrew R. Cockroft*
Thomas E. Ahlering (Bar No. 6295744)
Andrew R. Cockroft (Bar No. 6320454)
KING & SPALDING LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
tahlering@kslaw.com
acockroft@kslaw.com

J. Andrew Pratt (*pro hac vice forthcoming*)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4799
Fax: (404) 572-5138
apratt@kslaw.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on August 25, 2025, a copy of the forgoing **Defendant's Unopposed Motion For Extension Of Time To File Response To Plaintiff's Complaint** has been filed electronically with the Clerk of the Court using CM/ECF, which will send notification of such filing to the e-mail addresses of all counsel of record denoted on the electronic Mail Notice List.

*/s/Andrew R. Cockroft*
Andrew R. Cockroft
