**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

| | |
|---|---|
| Benjamin Jankowski | |
| Plaintiff, | |
| v. | Case No.: 1:25−cv−09144 |
| | Honorable April M. Perry |
| The Home Depot | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2025:

    MINUTE entry before the Honorable April M. Perry: Motion for extension of time [12] granted. Defendant to answer or otherwise plead to Plaintiff's Complaint by 9/26/2025. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.