**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Benjamin Jankowski, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Honorable Judge April M. Perry |
| v. | Case No. 1:25-cv-09144 |
| The Home Depot, Inc. | |
| Defendant. | |

**DEFENDANT THE HOME DEPOT, INC.'S THIRD _UNOPPOSED_ MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant The Home Depot, Inc. ("Home Depot" or "Defendant"), through the undersigned counsel and in support of its unopposed motion for an extension of time to file a response to Plaintiff's Benjamin Janksowski's ("Plaintiff") Complaint, states as follows:

1. This case arises from a claim alleging violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 _et seq_.

2. Defendant was served copies of the summons and Complaint on August 5, 2025.

3. On September 23, 2025, the Court granted Defendant's second unopposed motion to extend the deadline to respond to Plaintiff's Complaint. (_See_ ECF No. 16).

4. Defendant's response to Plaintiff's Complaint is currently due on October 27, 2025. (_See id._)

5. Since the Court granted Defendant's second extension request, counsel for Plaintiff and Defendant have continued to engage in preliminary discussions that may render further litigation unnecessary.

6. To continue these discussions, Defendant respectfully requests a third extension of

time until November 26, 2025, to file an answer or otherwise respond to the Complaint.

7. This request for an extension is made in good faith and not in any effort to delay or deter these proceedings.

8. Counsel for Defendant contacted counsel for Plaintiff about the requested extension, and Plaintiff does not oppose Defendant's request.

WHEREFORE, Defendant respectfully requests entry of an Order granting an extension of time up to and including November 26, 2025, to file a response to Plaintiff's Complaint.

**Dated:** October 22, 2025

Respectfully submitted,

THE HOME DEPOT, INC.

By: */s/ Andrew R. Cockroft*
Thomas E. Ahlering (Bar No. 6295744)
Andrew R. Cockroft (Bar No. 6320454)
KING & SPALDING LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
tahlering@kslaw.com
acockroft@kslaw.com

J. Andrew Pratt (*pro hac vice forthcoming*)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4799
Fax: (404) 572-5138
apratt@kslaw.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on October 22, 2025, a copy of the forgoing **Defendant's Third Unopposed Motion For Extension Of Time To File Response To Plaintiff's Complaint** has been filed electronically with the Clerk of the Court using CM/ECF, which will send notification of such filing to the e-mail addresses of all counsel of record denoted on the electronic Mail Notice List.

*/s/Andrew R. Cockroft*
Andrew R. Cockroft